GALLATIN COUNTY CLERK
OF DISTRICT COURT
JENNIFER BRANDON

2014 NOV 25  PM 3 50

FILED

BY _____

DEPUTY

Gary L. Walton, Esq.
GARY L. WALTON, PLLC
8 West Park Street, Suite 401
P.O. Box 4248
Butte, Montana 59702-4248
(406) 494-1385

Attorneys for Plaintiff

MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT
GALLATIN COUNTY

ELIZABETH SADAJ,                    )
                                    )
                Plaintiff,          )      CAUSE NO. DV - 14-707 C
                                    )
        -vs-                        )      COMPLAINT AND DEMAND
                                    )      FOR JURY TRIAL
FEDERAL INSURANCE COMPANY,          )
SPANISH PEAKS HOLDINGS, LLC,        )
and JOHN DOES Nos. 1-5,             )
                                    )
                Defendants.         )

COMES NOW the Plaintiff, Elizabeth Sadaj, by and through her attorneys, Gary L. Walton, PLLC, and for her claims against the Defendants alleges as follows:

1.    Plaintiff, Elizabeth Sadaj, ["Sadaj"], is a citizen and resident of Gallatin County, Montana.

2.    Defendant, Federal Insurance Company, ["FIC"], is an insurance company authorized to do business in Montana. FIC sells insurance in Montana under the authority granted by the State's Insurance Commissioner and subject to her regulatory authority. FIC is subject to the laws of Montana, including the Montana Unfair Trade Practices Act.

3.    Spanish Peaks Holdings, LLC, [SPH] was and at all times pertinent to this action a Montana limited liability company with its principal place of business in Big Sky,

1. COMPLAINT AND DEMAND FOR JURY TRIAL



EXHIBIT

A

Montana. At all times relevant herein, Spanish Peaks acted with the authority and as an agent of FIC.

4.   Defendants John Does 1 through 5 are fictitious defendants whose identity is currently unknown and are named pursuant to MCA 25-5-103 (2013).

5.   The Court has personal and subject matter jurisdiction of the Defendants.

6.   Gallatin County, Montana is proper venue for this action in accordance with MCA § 25-2-122(b).

### COUNT I

7.   Sadaj realleges paragraphs 1 through 6 of her Complaint as if fully set forth verbatim.

8.   Sadaj worked for The Club at Spanish Peaks, LLC from February 2008 until March 2, 2010 when she was wrongfully discharged from her employment.

9.   On or about March 1, 2011 Sadaj filed suit against The Club at Spanish Peaks, [Club], for wrongful discharge and other claims.

10.  On March 1, 2011 The Club at Spanish Peaks, LLC was insured by Federal Insurance Company ("FIC") against claims arising from the employment relationship. The Club notified FIC of Sadaj's lawsuit. The Club appeared in the lawsuit through counsel selected, approved and retained by FIC.

11.  Despite liability being reasonably clear, the Club denied all liability in its answer to the Complaint.

12.  Once notified of Sadaj's claim, FIC had an affirmative duty to refrain from:

    a.   misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

2. COMPLAINT AND DEMAND FOR JURY TRIAL

b.      refusing to pay claims without conducting a reasonable investigation based upon all available information;

c.      failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed;

d.      neglecting to attempt in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear;

e.      failing to promptly settle claims, if liability has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage.

13.      FIC breached one or more of its statutory duties in the handling, adjustment and settlement of Sadaj's claim.  FIC's breach caused Sadaj to suffer actual damages in an amount to be proven at trial.

14.      The Defendants actions constitute actual malice, as defined in MCA 27-1-221 and warrant the imposition of punitive or exemplary damages in an amount sufficient, in view of the size and wealth of FIC and the CHUBB Group of Companies, to make an example of their conduct and to deter similar wrongful conduct in the future.

COUNT II

15.      Sadaj realleges paragraphs 1 through 14 of her Complaint as if fully set forth verbatim.

16.      Shortly after Sadaj filed suit against the Club, it sought protection under the federal bankruptcy statutes from its creditors.  Despite the fact that the Club was insured for the claims brought by Sadaj, FIC and SPH refused to agree to lifting the automatic stay with respect to Sadaj's claim.  FIC and SPH's refused to the lifting of the automatic stay in order to further delay Sadaj's rightful recovery under the insurance policy.

3. COMPLAINT AND DEMAND FOR JURY TRIAL

17.   FIC is vicariously liable for the acts and omissions of SPH with respect to Sadaj's claim.

18.   The Defendants had a common law duty to act in good faith in the investigation, adjustment, and settlement of Sadaj's claim.  The Defendants breached their duty of good faith and fair dealing by (1) making representations concerning its legal duties that are contrary to Montana law; (2) failing to act reasonably promptly upon communications with respect to claims arising under the policy; (3) neglecting to attempt in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has ecome reasonably clear; (4) failing to promptly provide a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for denial of a claim or for the offer of a compromise settlement; and (5) improperly attempting to leverage its own interests over those of the claimant when liability for the claim is reasonably clear.

19.   Sadaj suffered actual damages due to the Defendants' breach of the common law duty of good faith and fair dealing.

20.   The Defendants actions constitute actual malice, as defined in MCA 27-1-221 and warrant the imposition of punitive or exemplary damages in an amount sufficient, in view of the size and wealth of FIC and the CHUBB Group of Companies, to make an example of their conduct and to deter similar wrongful conduct in the future.

        WHEREFORE, Sadaj prays for relief as follows:

1.    For all special, general, and compensatory damages sustained by her;

2.    For exemplary damages in an amount sufficient to deter the Defendants from engaging in the same or similar conduct in the future;

3.    For the costs of this action; and

4.    For any and all such other relief which the Court deems equitable and just.

4.  COMPLAINT AND DEMAND FOR JURY TRIAL

Dated: November 24, 2014.

GARY L. WALTON, PLLC

By _____
Attorneys for Plaintiff
P.O. Box 4248
Butte, Montana 59702-4248

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury of all issues so triable in this action.

Dated: November 24, 2014.

GARY L. WALTON, PLLC

By _____
Attorneys for Plaintiff
P.O. Box 4248
Butte, Montana 59702-4248

5. COMPLAINT AND DEMAND FOR JURY TRIAL

Gary L. Walton, Esq.
GARY L. WALTON, PLLC
8 West Park Street, Suite 401
P.O. Box 4248
Butte, Montana 59702-4248
(406) 494-1385

GALLATIN COUNTY CLERK
OF DISTRICT COURT
JENNIFER BRANDON

2017 NOV 20  AM 10: 48

FILED

BY_____,_ap_____DEPUTY

Attorneys for Plaintiff

## MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT
## GALLATIN COUNTY

ELIZABETH SADAJ,                        )
                                        )
              Plaintiff,                )    CAUSE NO. DV-14-907C
                                        )
       -vs-                             )    **VOLUNTARY DISMISSAL OF**
                                        )    **SPANISH PEAKS HOLDINGS, LLC**
FEDERAL INSURANCE COMPANY,              )    **WITHOUT PREJUDICE PURSUANT**
SPANISH PEAKS HOLDINGS, LLC,            )    **TO RULE 41(a), M.R.CIV.P.**
and JOHN DOES Nos. 1-5,                 )
                                        )
              Defendants.               )
_____)

COMES NOW the Plaintiff, Elizabeth Sadaj, by and through her attorneys, Gary L.

Walton, PLLC, and pursuant to Rule 41(a), M.R.Civ.P., voluntarily dismisses Defendant,

Spanish Peaks Holdings, LLC without prejudice in this action.

Dated: November 17, 2017.

                                        GARY L. WALTON, PLLC


                                        By_____
                                        Attorneys for Plaintiff
                                        P.O. Box 4248
                                        Butte, Montana 59702-4248

1. VOLUNTARY DISMISSAL OF SPANISH PEAKS HOLDINGS, LLC
   WITHOUT PREJUDICE PURSUANT TO RULE 41(a), M.R.CIV.P.

**EXHIBIT**

B

Filed Nov. 20, 2017

Jennifer Brandon, Clerk

BY_____
                  Deputy

# MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT
# GALLATIN COUNTY
******************************

Elizabeth Sadaj,

      Plaintiff(s),

-vs-                  Cause No: DV-16-2014-0000907-BF

Federal Insurance Company,

Spanish Peaks Holdings, LLC,

      Defendant(s).


***********NOTICE OF DISMISSAL*************


Pursuant to the Plaintiff's Voluntary Dismissal of Spanish Peaks Holdings, LLC without Prejudice Pursuant to Rule 41(a), M.R.CIV.P. filed on November 20, 2017, Spanish Peaks Holdings, LLC is hereby DISMISSED pursuant to Rule 41(a)(1) of the Montana Rules of Civil Procedure.

Dated this November 20, 2017,

                    Jennifer Brandon
                    Clerk of District Court

                    By _____
                         Deputy

cc: Gary L. Walton - emailed 11-22-17

EXHIBIT

tabbies

C

3



CERTIFIED MAIL

7015 3010 0002 3664 9669



tabbies®

EXHIBIT

D

Commissioner of Securities and Insurance
Office of State Auditor
840 Helena Avenue
Helena, MT 59601

Federal Insurance Co
CT Corporation System
3011 American Way
Missoula, MT 59808

 CT Corporation

**Service of Process Transmittal**
12/04/2017
CT Log Number 532409572

**TO:**    Charles Short
Federal Insurance Company
2603 Camino Ramon Ste 300
San Ramon, CA 94583-9137

**RE:**    **Process Served in Montana**

**FOR:**   Federal Insurance Company  (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Elizabeth Sadaj, Pltf. vs. Federal Insurance Company, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter(s), Summons, Complaint, First Set of Combined Requests |
| **COURT/AGENCY:** | Montana Eighteenth Judicial District Court - Gallatin County, MT<br>Case # DV14907C |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Missoula, MT |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/04/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Montana |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Gary L. Walton<br>Gary L. Walton, PLLC<br>8 West Park Street, Suite 401<br>Butte, MT 59702-4248<br>406-494-1385 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/05/2017, Expected Purge Date: 12/10/2017 |
| | Image SOP |
| | Email Notification,  CT Corp  ct_corp@chubb.com |
| | Email Notification,  Joyce E. Segelken  jsegelken@chubb.com |
| | Email Notification,  Charles Short  cshort@chubb.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3011 American Way<br>Missoula, MT 59808-1921 |
| **TELEPHONE:** | 314-863-5545 |

Page 1 of  1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.