**FILED**

FEB 15 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| ELIZABETH SADAJ,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY<br>and JOHN DOES 1-5,<br><br>　　　　　　　　Defendants. | No. CV 17-92-BU-SEH<br><br>ORDER |

The Court's Order setting this matter for preliminary pretrial conference at 11:00 a.m. on February 27, 2018, was issued on January 19, 2018.[1]

The Order required that each party's preliminary pretrial statement strictly comply with each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).

The parties' preliminary pretrial statements, filed February 15, 2018, and February 16, 2018, are deficient in at least the following particulars:

---

[1] Doc. 8.

1. Federal Insurance Company's Preliminary Pretrial Statement[2] fails to comply with the disclosure requirements of L.R. 16.2(b)(1)(G) and (J) and Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii).

2. Plaintiff's Preliminary Pretrial Statement[3] fails to comply with the disclosure requirements of L.R. 16.2(b)(1)(G) and Fed. R. Civ. P. 26(a)(1)(A)(ii).

ORDERED:

Each party shall file an amended preliminary pretrial statement, addressing with strict compliance each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1) on or before February 23, 2018. Failure to file an amended preliminary pretrial statement in full compliance with the terms of this Order could result, without motion, in the imposition of sanctions.

DATED this 16th day of February, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 9.

[3] Doc. 11.