IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION



FILED

AUG 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | | |
|---|---|---|
| ELIZABETH SADAJ, | | |
| | Plaintiff, | No. CV 17-92-BU-SEH |
| vs. | | |
| | | ORDER |
| FEDERAL INSURANCE COMPANY and JOHN DOES 1-5, | | |
| | Defendants. | |

The Court has been informed the above case has been settled.[1]

ORDERED:

1.    The hearing on August 2, 2018, set for 10:00 a.m. is VACATED.

2.    The parties shall file a stipulation for dismissal and proposed order of

dismissal within 30 days of the date of this Order.

DATED this 2<u>nd</u> day of August, 2018.

Sam E Hoddon

SAM E. HADDON
United States District Judge

---

[1] Doc. 27.

-1-