IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| ELIZABETH SADAJ, | ) | Cause No. CV-17-92-BU-SEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION TO DISMISS WITH** |
| | ) | **PREJUDICE** |
| FEDERAL INSURANCE | ) | |
| COMPANY and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Elizabeth Sadaj and Defendant Federal Insurance Company having

filed a Stipulated Motion to Dismiss with Prejudice, and good cause appearing

therefor,

IT IS HEREBY ORDERED that this matter is hereby dismissed with

prejudice, each party to pay their own attorney's fees and costs.

DATED this __4th__ day of September, 2018.

SAM E. HADDON
United States District Judge